UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL CURTIS, JR.,

       Plaintiff,                             Case No. 4:04-cv-73

v                                               Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## JUDGMENT APPROVING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       On July 5, 2005, United States Magistrate Judge Hugh W. Brenneman, Jr. issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be reversed and this matter remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g). No objections were filed to the R & R.

       The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court.

1

The decision of the Commissioner of Social Security is **reversed and this matter is remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).**

Dated: <u>August 8, 2005</u>                              /s/ Wendell A. Miles
                                                          Wendell A. Miles
                                                          Senior U.S. District Judge